**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>RONALD J. HEDGES<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING, JR.<br>FEDERAL BUILDING AND COURTHOUSE<br>50 WALNUT ST., ROOM 2042<br>NEWARK, NEW JERSEY 07101-0999<br>(973) 645-3827 |

August 23, 2005

ORDER TO SHOW CAUSE
<u>ORIGINAL FILED WITH THE CLERK</u>

Roslyn S. Harrison, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07010

Craig S. Hilliard, Esq.
Stark & Stark, PC
Princeton Pike
Corporate Center
993 Lenox Drive
P.O. Box 5315
Princeton, NJ 08543-5315

J. Vincent Reppert, Esq.
Reppert Kelly, LLC
403 King George Road
Suite 201
Basking Ridge, NJ 07920

          Re:   Mon Cheri Bridals, LLC v. David's Bridal, Inc.
                Civil Action No. 04-5040
                Hon. Judge Stanley R. Chesler, U.S.D.J.

Dear Counsel:

   I am in receipt of correspondence from Ms. Harrison, the court-appointed mediator, dated August 18, 2005. It appears that she has not been compensated by plaintiff Mon Cheri Bridals, LLC.

    Plaintiff Mon Cheri Bridals and Mr. Hilliard are directed to appear before me at 9:00 A.M. on September 12, 2005, why sanctions should not be imposed upon them for failure to comply with Local Civil Rule 301.1(c).

    SO ORDERED.


                                                                         s/Ronald J. Hedges  
                                                                         RONALD J. HEDGES  
                                                                        UNITED STATES MAGISTRATE JUDGE