**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING AND COURTHOUSE
50 WALNUT ST., ROOM 2042
NEWARK, NEW JERSEY 07101-0999
(973) 645-3827

August 25, 2005

AMENDED ORDER TO SHOW CAUSE
ORIGINAL FILED WITH THE CLERK

Roslyn S. Harrison, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07010

Craig S. Hilliard, Esq.
Stark & Stark, PC
Princeton Pike
Corporate Center
993 Lenox Drive
P.O. Box 5315
Princeton, NJ 08543-5315

J. Vincent Reppert, Esq.
Reppert Kelly, LLC
403 King George Road
Suite 201
Basking Ridge, NJ 07920

                Re:    Mon Cheri Bridals, LLC v. David's Bridal, Inc.
                      Civil Action No. 04-5040
                      Hon. Judge Stanley R. Chesler, U.S.D.J.

Dear Counsel:

    Discharged.

    SO ORDERED.

                                            s/Ronald J. Hedges
                                            RONALD J. HEDGES
                                            UNITED STATES MAGISTRATE JUDGE